1  DARIN W. SNYDER (S.B. #136003)
   LARRY A. WALRAVEN (S.B. #143327)
2  MICHEL AMARAL (S.B. #233451)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road                                **E-filed 1/5/06**
   Menlo Park, California  94025-7019
4  Telephone:   (650) 473-2600
   Facsimile:    (650) 472-2601
5
6  Attorneys for Plaintiff
   BROADCOM CORPORATION
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 
   BROADCOM CORPORATION,              | Case No. C05 02521 JF RS
12 a California corporation,           |
                                       | **JOINT REQUEST TO CONTINUE
13                          Plaintiff, | CASE MANAGEMENT CONFERENCE
                                       | TO PURSUE SETTLEMENT
14         v.                          | DISCUSSIONS; ORDER
                                       | THEREON**
15 WEIDONG JIANG, an individual,       |
   and DOES 1 through 10, inclusive,   |
16                                     | The Honorable Jeremy D. Fogel
                           Defendants. | (Courtroom 3)
17

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE – CASE NO. C05 02521 JF RS**

-1-

| | |
|---|---|
| 1 | Counsel for the parties have met and conferred as part of the Rule 26 early |
| 2 | meeting process.  Counsel are in the process of trying to resolve this matter informally and |
| 3 | believe that there is a significant likelihood that the matter can be settled within the next thirty |
| 4 | (30) days.  In order to conserve the Court's resources and to devote the parties' attention and |
| 5 | resources toward settlement of the action, plaintiff and defendant hereby respectfully and jointly |
| 6 | request that the Case Management Conference currently set for January 6, 2006, be continued for |
| 7 | a period of thirty (30) days. |

Dated:  December 28, 2005

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____/s/ Michel Amaral_____
             Michel Amaral

Attorneys for Plaintiff
BROADCOM CORPORATION

SEYFARTH SHAW LLP

By: _____/s/ Carolyn Enciso Sieve_____
             Carolyn Enciso Sieve

Attorneys for Defendant
WEIDONG JIANG

### ORDER

Pursuant to stipulation and good cause appearing, the Court hereby orders that the Case Management Conference currently set for January 6, 2006, be continued to February __10__, 2006, at __10:30__ _a_.m., in Courtroom 3 of the above-captioned Court.

IT IS SO ORDERED.

Dated:  ____1/5/06_____

Jeremy Fogel /s/electronic signature authorized
_____
United States District Judge

NB1:672302.1

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE – CASE NO. C05 02521 JF RS**