**E-filed 2/24/06**

DARIN W. SNYDER (S.B. #136003)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:       dsnyder@omm.com

MARCUS S. QUINTANILLA (S.B. #205994)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:  (949) 760-9600
Facsimile:   (949) 823-6994
E-Mail:       mquintanilla@omm.com

MICHEL AMARAL (S.B. #233451)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601
E-Mail:       mamaral@omm.com

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, a California corporation,<br><br>                        Plaintiff,<br><br>        v.<br><br>WEIDONG JIANG, an individual, and DOES 1 through 10, inclusive,<br><br>                        Defendants. | Case No. C05 02521 JF RS<br><br>**JOINT REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION TO PURSUE SETTLEMENT DISCUSSIONS; AND [~~PROPOSED~~] ORDER THEREON**<br><br>The Honorable Jeremy D. Fogel (Courtroom 3) |

1   On or about January 18, 2006, in anticipation of settlement, counsel for the
2   parties agreed to delay the appointment of a Neutral Evaluator.  Although settlement discussions
3   have progressed significantly and counsel believe that the matter can be settled in the near-term,
4   a settlement has not yet been reached.  Counsel cannot guarantee that the matter will be settled
5   before March 21, 2006, the deadline to complete the Early Neutral Evaluation.

6   In order to conserve the Court's resources and to permit the parties to devote their
7   attention and resources toward settlement of the action, and in light of the time requirements
8   associated with appointing a Neutral Evaluator and completing the Early Neutral Evaluation
9   process, plaintiff and defendant hereby respectfully and jointly request that the deadline to
10  complete the Early Neutral Evaluation currently set for March 21, 2006, be continued until
11  May 31, 2006, or a date thereafter that the Court deems appropriate.

13  Dated:  February 22, 2005    Respectfully submitted,

14                                O'MELVENY & MYERS LLP

16                                By: _____/s/ Michel Amaral_____
                                          Michel Amaral

18                                Attorneys for Plaintiff
                                  BROADCOM CORPORATION

20                                SEYFARTH SHAW LLP

22                                By: _____/s/ Carolyn Enciso Sieve_____
                                          Carolyn Enciso Sieve

24                                Attorneys for Defendant
                                  WEIDONG JIANG

25  / / /
26  / / /
27  / / /
28  / / /

JOINT REQUEST TO CONTINUE ENE
CASE NO. C05 02521 JF RS

1 **ORDER**

2   Pursuant to stipulation and good cause appearing, the Court hereby orders that

3 the deadline to complete the Early Neutral Evaluation currently set for March 21, 2006, be

4 continued to ___May 31_____, 2006.

5   IT IS SO ORDERED.

6 Dated: __2/24/06_____

7

8 _____
   United States District Judge
9 JUDGE JEREMY FOGEL

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-   JOINT REQUEST TO CONTINUE ENE
      CASE NO. C05 02521 JF RS