1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DARIN W. SNYDER (S.B. #136003)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      dsnyder@omm.com

MARCUS S. QUINTANILLA (S.B. #205994)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:  (949) 760-9600
Facsimile:   (949) 823-6994
E-Mail:      mquintanilla@omm.com

MICHEL AMARAL (S.B. #233451)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601
E-Mail:      mamaral@omm.com

Attorneys for Plaintiff
BROADCOM CORPORATION

**E-filed 5/3/06**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

BROADCOM CORPORATION,
a California corporation,

                              Plaintiff,

          v.

WEIDONG JIANG, an individual,
and DOES 1 through 10, inclusive,

                              Defendants.

Case No. C05 02521 JF RS

**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

The Honorable Jeremy D. Fogel
(Courtroom 3)

1    IT IS HEREBY STIPULATED by and between Plaintiff Broadcom Corporation

2    ("Broadcom") and Defendant Weidong Jiang ("Jiang"), through their designated counsel, that

3    the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule

4    of Civil Procedure 41(a)(1).  Broadcom and Jiang hereby agree and stipulate as follows:

5    1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Broadcom

6    hereby dismisses with prejudice all claims asserted against Jiang.

7    2.    Each party shall bear its own attorneys' fees and costs incurred in

8    connection with this action.

9    Dated:  April 28, 2006                    Respectfully submitted,

10                                              O'MELVENY & MYERS LLP

11

12                                              By: _____/s/ Michel Amaral_____

13                                                         Michel Amaral

14                                              Attorneys for Plaintiff
                                                BROADCOM CORPORATION

15

16                                              SEYFARTH SHAW LLP

17

18                                              By: _____/s/ Carolyn Enciso Sieve_____

19                                                      Carolyn Enciso Sieve

20                                              Attorneys for Defendant
                                                WEIDONG JIANG

21

22

23                    **CERTIFICATION OF CONCURRENCE**

24        I certify that Carolyn Enciso Sieve concurs in the filing of this document.

25    Dated:  April 28, 2006

26                                              _____/s/ Michel Amaral_____
                                                         Michel Amaral
27

28

1

## **ORDER**

2          Pursuant to stipulation and good cause appearing, the Court hereby orders that the

3    above-captioned action be dismissed with prejudice.

4          IT IS SO ORDERED.

5

6    Dated: _____5/2/06_____

7

8                                            _____
                                             United States District Judge
9                                            Jeremy Fogel

10   MP1:979132.2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE - CASE NO. 1-05-CV-036739